FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT PADILLA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, CALIFORNIA STATE PRISON,<br><br>    Respondent. | Case No. CV 15-2473 GW (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: June 7, 2016

_____
George H. Wu
United States District Judge