FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT PADILLA, ) | Case No. CV 15-2473-GW(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| WARDEN, Calipatria State Prison, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 7, 2016

George H. Wu
United States District Judge